

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2015

No. 04-15-00436-CV
Bryan **SMITH** d/b/a Vision Design and Build,
Appellant

v.

Robert **OVERBY** and Teresa Overby,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-02799
Honorable Gloria Saldana, Judge Presiding

## O R D E R

　　Extension of time to file the court reporter's record is this date NOTED. Time is extended to October 14, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc: Daniel Pozza
Law Offices Of Dan Pozza
239 E. Commerce St.
San Antonio, TX 78205-2923

Judy Busbee-Mata
438th Judicial District, Deputy Official Court Reporter
100 Dolorosa, Fourth Floor
San Antonio, TX 78205

Marcella A. Della Casa
Burleson LLP
Weston Centre
112 East Pecan Street, Suite 700
San Antonio, TX 78205

Robert P. Wilson
Law Office Of Robert P. Wilson
26545 IH 10 West, Suite 150
Boerne, TX 78006